UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
UNITED STATES OF AMERICA,                :  

       -against-                                       :         15 Cr. 607 (WHP)  

Unique Christopher,                                   :         ORDER  
                            Defendant.         :  
------------------------------------------------------------X  

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a video conference on Tuesday, November 17, 2020 at 4:00 p.m. regarding defendant's supervision. The public dial-in number is 917-933-2166, passcode 569923974.

Dated: November 12, 2020  
       New York, New York

SO ORDERED:

_____  
WILLIAM H. PAULEY III  
U.S.D.J.