UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                         :          15 Cr. 607 (WHP)

Unique Christopher,                                    :          <u>ORDER</u>
                            Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, November 17, 2020 at 4:00 p.m. instead of a video conference. The dial-in number is 888-363-4749, passcode 3070580.

Dated: November 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.