UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                :

         -against-                                      :        15 Cr. 607 (WHP)

Unique Christopher,                                :        <u>ORDER</u>
                        Defendant.          :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, December 8, 2020 at 3:30 p.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated:  December 7, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.