```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 UNITED STATES OF AMERICA,                  :

         -against-                           :       15 Cr. 607 (WHP)

 Unique Christopher,                         :       ORDER
                    Defendant.               :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, May 13, 2021 at 11:00 a.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 11, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.