UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

22     -CR-61 ( ) ( )

Unique Christopher                 15-cr-607

Defendant(s).
-------------------------------------------------------------------X

Defendant __Unique Christopher_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

Unique Christopher
By _____            _____
Defendant's Signature               Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Unique Christopher                  David Touger
_____               _____
Print Defendant's Name              Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/8/22                              _____
_____               U.S. District Judge/U.S. Magistrate Judge
Date