```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :
                                                                       :   15 Cr. 607 (JPC)
UNIQUE CHRISTOPHER,                                                    :
                                                                       :   ORDER
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    David Touger, Esq. is appointed as counsel pursuant to the Criminal Justice Act effective as of January 21, 2022.

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                                      JOHN P. CRONAN
                                               United States District Judge